**UNITED STATES BANKRUPTCY COURT**
**IN THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | Case No. 13-20060-GLT |
| ) | |
| ) | Chapter 13 |
| Major R. Rainey, ) | |
|     Debtor, ) | Doc. No. |
| ) | |
| ) | |
| Major R. Rainey, ) | Adv. Pro. No. 13-02130-GLT |
|     Plaintiff, ) | |
|   vs. ) | |
| ) | |
| JPMorgan Chase Bank, N.A., ) | |
|     Defendant. ) | |

## STIPULATION TO DISMISS ADVERSARY PROCEEDING

On April 5, 2013, Plaintiff Major R. Rainey ("Plaintiff") filed a Complaint Pursuant to 11 U.S.C. §506 and Bankruptcy Rule 7001 to Determine the Value of Creditor's Allowed Secured Claim ("the Complaint").

Pursuant to Federal Rule of Civil Procedure 41(a), made applicable to adversary proceedings by Federal Rule of Bankruptcy Procedure 7041, Plaintiff, Major R. Rainey, and Defendant, JPMorgan Chase Bank, N.A., hereby stipulate to dismiss this adversary proceeding without prejudice.

Date: **January 8, 2014**

| | |
|---|---|
| **/s/ James M. Berent, Esq.** | **/s/ James McNally, Esq.** |
| James M. Berent, Esq. | James McNally, Esq. |
| The Bankruptcy Center, LLC | Metz Lewis Brodman Must O'Keefe, LLC |
| PA ID #314617 | 535 Smithfield Street |
| 15 Duff Road, Suite 6-C | Suite 800 |
| Pittsburgh, PA 15235 | Pittsburgh, PA 15222 |
| 12-727-1900 | *Attorney for JPMorgan Chase Bank, N.A.* |
| 412-727-6329 (Fax) | |
| pittbkcenter@aol.com | |
| *Attorney for Plaintiff* | |